UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SAMUEL RUSSELL**<br>　**Plaintiff** | ) | **CIVIL ACTION** |
| | ) | |
| | ) | **COMPLAINT** |
| v. | ) | |
| | ) | **JURY TRIAL** |
| | ) | **CLAIMED** |
| **UNITED COLLECTION BUREAU, INC.**<br>　**Defendant** | ) | |
| | ) | **MARCH 17, 2011** |

## COMPLAINT

1.  This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and includes pendent claims brought under State law for violation of Connecticut's Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.,* the Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. §§ 36a-645 *et seq.,* and for intentional infliction of emotional distress.

2.  The plaintiff, Samuel Russell, is seventy-eight years of age and is a natural person who resides in Hartford, Connecticut.

3.  The defendant, United Collection Bureau, Inc., ("UCB"), is an Ohio corporation with its headquarters in Toledo, Ohio and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency.

4.  Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over UCB because it engages in debt collection activities within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

7. Plaintiff owed a consumer debt related to an HSBC account (the "Debt").

8. Plaintiff's wife was not liable for the Debt.

9. The Debt was subsequently charged off and purchased by UCB.

10. On or around August 31, 2010, a female UCB representative called Plaintiff's home and spoke with Plaintiff in an attempt to collect the Debt.

11. In the aforementioned phone conversation, the UCB representative demanded that Plaintiff pay the debt in full, which amount Plaintiff could not afford to pay at that time, and Plaintiff asked that representative whether the account associated with the Debt appeared as a negative item on his credit report, and that representative responded in the affirmative; Plaintiff then asked her whether UCB would update their reporting of the account if he paid the Debt in full as she demanded, and she replied that it was not UCB's responsibility to report the settlement of the Debt to the credit bureaus, and that Plaintiff would have to do so himself.

12. During that same conversation, the representative told Plaintiff that UCB could hold his wife liable for the Debt if he failed to pay the Debt.

13. Around the beginning of November 2010, a different female UCB representative called Plaintiff's home and spoke with Plaintiff in an attempt to collect the Debt, and during that conversation, she told Plaintiff that if he failed to pay the Debt,

UCB would garnish his Social Security income, which was his only source of income at the time.

14. Plaintiff feared that UCB would hold his wife liable for Debt and/or would garnish his Social Security income which he depended on to pay for his essential daily living expenses, and this caused Plaintiff to suffer emotional distress.

15. UCB violated the FDCPA, the CCPA, CUTPA, and committed intentional infliction of emotional distress by its aforementioned collection activities.

WHEREFORE, the Plaintiff prays for the following relief:

Actual damages (including emotional distress related damages), statutory damages, and attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, statutory damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 36a-648; monetary damages pursuant to Conn. Gen. Stat. §42-110g; punitive damages pursuant to Conn. Gen. Stat. § 42-110g; attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g.

**PLAINTIFF, SAMUEL RUSSELL**

By:

Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457

3